**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> CARGILL, INC. <br><br> Defendant | Case No.: 2:17-cv-01188-RSL <br><br> **ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

This matter, having come before the Court on the Stipulation Extending Time to Respond to the Complaint (the "Stipulation") and the Court being duly advised and having examined the case records and files:

The Court hereby ORDERS as follows:

1. Defendant Cargill, Inc. ("Cargill") is GRANTED an additional 21 days to file its responsive pleading to Plaintiff's Complaint. Cargill's responsive pleading is now due on October 31, 2017.

Dated this 17th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING
TIME TO RESPOND TO THE COMPLAINT

– 1 –

Presented by:

MARTEN LAW, PLLC

*s/ Jeff B. Kray*
*s/ Sarah J. Wightman*
Jeff B. Kray, WSBA No. 22174
Sarah J. Wightman, WSBA No. 51526
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Phone: 206-292-2600
Fax: 206-292-2601
Email: jkray@martenlaw.com
　　　　swightman@martenlaw.com
Attorneys for Defendant Cargill, Inc.


SMITH AND LOWNEY, PLLC

*s/ Richard Smith*
*s/ Katherine Brennan*
Richard Smith, WSBA No. 21788
Katherine Brennan, WSBA No. 51247
2317 E. John St.
Seattle, WA 98112
Phone: 206-860-2883
Fax: 206-860-4187
Email: richard@smithandlowney.com
　　　　katherine@smithandlowney.com
Attorneys for Plaintiff Puget Soundkeeper Alliance

ORDER EXTENDING
TIME TO RESPOND TO THE COMPLAINT

– 2 –