UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INC.,<br><br>Defendant. | Case No. C-17-1188RSL<br><br>ORDER VACATING ORDER<br>OF DISMISSAL |

Plaintiff's brought this case under the Clean Water Act (CWA), 33 U.S.C. §§ 1311, 1342, 1365. On Monday, November 27, 2017, the parties reported the case had been settled. The Court issued a standard order dismissing the case without prejudice. Dkt. # 11. Thereafter, the parties reported that settlement in this matter is intended to include a consent judgment. The parties further reported that they intend to finalize and file the judgment shortly. In CWA actions to which the United States is not a party, consent judgments require certain procedural steps to protect the interests of the United States. See 33 U.S.C. § 1365(c)(3). To enable the parties to take those steps, the Court VACATES its previous order of dismissal, Dkt. # 11, and the Clerk of Court is hereby directed to reopen the matter on the Court's docket.

DATED this 1st day of December, 2017.

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER OF DISMISSAL - 1